UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANVILLE H. MARSHALL, JR., | No.  2:25-cv-01928-TLN-SCR |
| Plaintiff, | |
| v. | ORDER |
| MEDICAL BOARD OF CALIFORNIA, | |
| Defendant. | |

Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On December 23, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 29.)  Plaintiff filed objections to the findings and recommendations on January 12, 2026.  (ECF No. 31.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 23, 2025 (ECF No. 29) are ADOPTED in full.

2. Plaintiff's motion to compel entry of default (ECF No. 16) is DENIED.

3. Defendant MBC's motion to dismiss (ECF No. 7) is GRANTED. The federal claims against Defendant MBC are dismissed without leave to amend, and the Court declines supplemental jurisdiction over the state law claims against MBC.

4. Plaintiff may file a First Amended Complaint (FAC) against any of the individual defendants currently mentioned in the Complaint. The FAC shall be filed within 21 days of the date of this Order.

5. Plaintiff shall effect service of the FAC within 30 days of the filing of the FAC.

DATED: April 21, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2